NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-1251

LAZARE KAPLAN INTERNATIONAL, INC.,

Plaintiff-Appellant,

v.

PHOTOSCRIBE TECHNOLOGIES, INC.
and DAVID BENDERLY,

Defendants-Appellees,

and

GEMOLOGICAL INSTITUTE OF AMERICA,

Defendant-Appellee.

Appeal from the United States District Court for the Southern District of New York in 06-CV-4005, Senior Judge Thomas P. Griesa.

ON MOTION

## O R D E R

Lazare Kaplan International, Inc. moves to substitute Harold J. McElhinny, Esq. as its principal counsel.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

JUN 2 5 2009
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JUN 2 5 2009

JAN HORBALY
CLERK

cc: Harold J. McElhinny, Esq.
Ira J. Schaefer, Esq.
John Allcock, Esq.

s8